Lowry *et al. v.* Bryant.

---

LOWRY *et al.,* plaintiffs in error, *v.* BRYANT, defendant in error.

*Error to Peoria.*

Probable cause for reversing a judgment, is good ground for granting a *supersedeas.*

*Per Curiam :*  A *supersedeas* will be granted, when it appears upon inspection of the record, that there is probable cause for reversing the judgment of the Court below.  The *supersedeas* is allowed for the purpose of enabling the parties to litigate the question without prejudice to their rights, when there is probable grounds for suspending the enforcement of the execution.